ORDERED.

**Dated:  May 09, 2025**

_Roberta A. Colton_
Roberta A. Colton
United States Bankruptcy Judge

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA
## TAMPA DIVISION

In re:

| | |
|---|---|
| **DUSTIN W. COOTS, a/k/a DUSTIN WILLIAM COOTS, a/k/a DUSTIN COOTS,** | **BANKRUPTCY CASE NO.: 8:24-bk-04859-RCT** |

     **Debtor.**                                                                     **CHAPTER 7**
_____/

**ANGELA WELCH, as Chapter 7
Trustee of the estate of DUSTIN W. COOTS,
a/k/a DUSTIN WILLIAM COOTS, a/k/a
DUSTIN COOTS,**

     **Plaintiff,**

v.                                                                     **ADVERSARY
PROCEEDING NO.: 8:25-ap-00020-RCT**

**SNAP FINANCE, LLC, a Utah limited liability
company,**

     **Defendant.**
_____/

### FINAL ORDER OF DISMISSAL WITH
### PREJUDICE AS TO SNAP FINANCE, LLC

**THIS PROCEEDING** came on for consideration based upon the compromise approved in

the  Order Granting Motion to Approve Compromise (Doc. 24), which compromise, as described in

the Motion to Approve Compromise (Doc. 17), includes an agreement to dismiss this adversary proceeding with prejudice.  Based on such agreement, the Court finds that it is appropriate to dismiss this case

ORDERED, ADJUDGED AND DECREED:

1.      An agreement for a stipulated dismissal has been reached between the Parties in the above-styled case.

2.      The claims of Plaintiff are being dismissed with prejudice, as to Defendant Snap Finance, LLC, a Utah limited liability company.

3.      The Parties each shall bear their own attorneys' fees and costs as to this adversary proceeding, except to the extent that Plaintiff's fees are paid from the settlement proceeds.

Thomas A. Lash, Esq., Lash Wilcox & Grace PL, is directed to serve a copy of this order on interested parties who do not receive service by CM/ECF and file a proof of service within 3 days of entry of the order.